5/1 Adjustable-Rate Mortgage (ARM) 401892 | MERCHANTS & MARINE BANK | 1/15/2026 12:32:11 PM
Printed by: Janna Kelley | Reporting Institution: 1

## *Note 401892 - FRANKLIN K HINTON*

| Name | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| FRANKLIN K HINTON | Borrower | *** **, **** | ********** | SSN ***-**-**** |
| HELEN M HINTON | Co-Borrower | *** **, **** | ********** | SSN ***-**-**** |

1184 VERNAL RIVER RD
LUCEDALE MS 39452-5902

Additional Relationships
Tax Name: FRANKLIN K HINTON

## *Account Classification*

| | | | |
|---|---|---|---|
| Portfolio: | 424520 | Responsibility Code: | [50] BANKRUPTCY |
| Line: | 424520 | Purpose Code: | [134] Secured By First Liens |
| Product: | [10428] 5/1 Adjustable-Rate Mortgage (ARM) | Employee Officer Director: | [0] |
| Accounting Branch: | [1515] LUCEDALE | Collateral: | 1184 VERNAL RIVER RD, LUCEDALE, MS 39452-5902 |

## *Summary*

| | | | |
|---|---|---|---|
| Principal Balance: | $276,085.24 | Interest Method: | [6] 365/360 Payments P&I |
| Interest Balance: | ($68,356.13) | Current Payment Due Date: | Nov 15, 2025 |
| Net Payoff: | $280,002.11 | Current Payment Due Amount: | $2,275.75 |
| Current Other Escrow Balance: | $0.00 | Date Last Payment: | Oct 28, 2025 |
| Current Late Charge Balance: | $100.00 | Amount Last Payment: | $193.25 |
| Current Other Escrow Interest Balance: | $0.00 | Current Days Past Due: | 61 |
| Lost Interest: | $72,173.00 | Total Amount Due: | $6,927.25 |
| Book Balance: | $276,085.24 | Total Amount Past Due: | $4,551.50 |
| Total Collateral Value: | $443,000.00 | Payment Frequency: | Monthly |
| CLTV: | 62.32% | Regular Payment Amount: | $2,275.75 |
| Payments Scheduled: | 159 | Current Rate Over: | 6.300000 |
| Payments Billed: | 3 | One Day's Interest: | $48.3149 |
| Payments Made: | | Original Note Amount: | $339,816.28 |
| Times Extended: | 1 | Original Note Date: | Oct 07, 2020 |
| Times Renewed: | 0 | Change Date: | Oct 28, 2025 |
| Times Past Due 1-29 Days: | 10 | Maturity Date: | Jan 15, 2039 |
| Times Past Due 30-59 Days: | 11 | Contract Date: | Oct 07, 2020 |
| Times Past Due 60-89 Days: | 1 | Months To Maturity: | 156.0 |
| Times Past Due 90+ Days: | | Date Accrued Through: | Jan 14, 2026 |
| | | Date Last Transaction Activity: | Dec 30, 2025 |

| | |
|---|---|
| Date Principal Paid To: | Oct 28, 2025 |
| Date Interest Paid To: | Oct 28, 2025 |
| Date Last Change: | Jan 14, 2026 |
| Date Last Updated: | Jan 14, 2026 |

***Non-Accrual***

| | | | |
|---|---|---|---|
| Date Non-Accrual: | Jun 25, 2025 | Non-Accrual Code: | [1] Non-Accrual |
| Beginning Non-Accrual Principal Balance: | $276,085.24 | Non-Accrual Late Charge Option: | Do Not Allow Non Accrual Late Charges |
| Lost Interest: | $72,173.00 | Automatic Recovery Override: | No Override |
| Lost Interest 2026: | $628.09 | Non-Accrual Participation Override: | No Override |
| Lost Interest 2025: | $71,544.91 | | |