```
FRANKLIN KERRY HINTON          SERVICE FINANCE CO
HELEN HAVARD HINTON            ATTN: BANKRUPTCY
1184 VERNAL RIVER RD           555 S FEDERAL HWY
LUCEDALE, MS 39452             BOCA RATON, FL 33432



THOMAS C. ROLLINS, JR.         US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC     US DEPT OF JUSTICE
P.O. BOX 13767                 950 PENNSYLVANIA AVENW
JACKSON, MS 39236              WASHINGTON, DC 20530-0001



ALEAVATE FINANCE
4 PARK PLAZA
STE 1500
IRVINE, CA 92614



ALL IN CREDIT UNION
ATTN: BANKRUPTCY
PO DRAWER 8
DALEVILLE, AL 36322



AMEX
BANKRUPTCY
PO BOX 981535
EL PASO, TX 79998



CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130



INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201



MERCHANTS AND MARINE B
3118 PASCAGOULA ST
PASCAGOULA, MS 39567
```