# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT-6 DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Franklin Kerry Hinton, ) | Case No. 25-51810-KMS |
| Helen Havard Hinton, ) | |
| ) | |
| Debtors, ) | |
| ) | |

## REQUEST OF ZWICKER & ASSOCIATES, P.C. FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Zwicker & Associates, P.C., as authorized agent for creditor American Express National Bank, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(I), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given and all papers served or required to be served in this case also given to and served, whether electronically or otherwise, on:

> American Express National Bank
> c/o Zwicker & Associates, P.C.
> 80 Minuteman Road, P.O. Box 9043
> Andover, MA 01810-1041
> P (877) 214-4172
> F (978) 631-0091
> E-mail: bknotices@zwickerpc.com

Dated at Andover, Massachusetts this 10th day of December, 2025.

> /s/ Paige M. Taylor
> Paige M. Taylor
> Zwicker & Associates, P.C.
> Authorized Agent for American Express National Bank
> 80 Minuteman Road
> P.O. Box 9043
> Andover, MA 01810-1041
> (877) 214-4172

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re:  Franklin Kerry Hinton | Chapter 13 |
| Helen Havard Hinton | Case Number: 25-51810-KMS |

**CERTIFICATE OF SERVICE**

I, Paige M Taylor, hereby certify that I have caused a copy of the Request for Service of Notices by American Express National Bank, AENB, to be served by electronic filing.

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
trollins@therollinsfirm.com

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
ecfnotices@rawlings13.net

/s/Paige M. Taylor
Paige M. Taylor
Dated 12/10/2025