Certificate Number: 17082-MSS-DE-040409972

Bankruptcy Case Number: 25-51810



17082-MSS-DE-040409972

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2025, at 2:36 o'clock PM MST, FRANKLIN K HINTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   December 13, 2025          By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director