Certificate Number: 17082-MSS-DE-040409973

Bankruptcy Case Number: 25-51810



17082-MSS-DE-040409973

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on December 12, 2025, at 2:36 o'clock PM MST, HELEN M HINTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: December 13, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director