# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Franklin Kerry Hinton and Helen Havard Hinton,  **CHAPTER 13**
    Debtors  **CASE NO.: 25-51810-KMS**

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON PROPERTY AGAINST THE DEBTOR AND OTHER RELIEF

**COMES NOW**, All In Credit Union ("Movant") a secured creditor herein, and moves for relief from the automatic stay, for abandonment and for other relief, and in support would show unto the Court the following:

1.    Movant holds a claim against the Debtor which is secured by a 2019 Alpine 3651RL Fifth Wheel ("Property"). Copies of the contract and State of Mississippi Certificate of Title for a vehicle are attached hereto as Exhibits "A" and "B".

2.    Movant has not been provided adequate protection with respect to its claim secured by the Property.

3.    Upon information and belief, Debtor intends to voluntarily surrender the Property.

4.    Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Property to be abandoned.

5.    Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry. Good cause exists for this waiver due to Debtor abandoning and surrendering the Property, continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

**WHEREFORE**, Movant requests an order for relief from the automatic stay and to abandon property pursuant to 11 U.S.C. §§ 362 and 554, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession, sell,

lease, or otherwise dispose of the Property, and to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3).  Movant prays for such other and general relief as this Court may deem just.

                Respectfully submitted,

                UNDERWOOD LAW FIRM, PLLC

                /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

    I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

    David Rawlings at ecfnotices@rawlings13.net

    US Trustee at USTPRegion05.AB.ECF@usdoj.gov

    And I mailed via US Mail, postage prepaid, a copy to the following:

    Franklin Kerry Hinton and Helen Havard Hinton
    1184 Vernal River Rd
    Lucedale, MS 39452

                /s/ Charles Frank Fair Barbour