AL-102 10/10/2015

# Retail Installment Contract and Security Agreement

**Seller Name and Address**
Dixie RV SuperStores
12167 Interchange Dr
Grand Bay, AL 36541

**Buyer(s) Name(s) and Address(es)**
FRANKLIN HINTON
HELEN HINTON
1184 VERNAL RIVER RD.
LUCEDALE, MS 39452

**Summary**
No. _____
Date  12/11/2019

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 6,000.00 |
|---|---|---|---|---|
| 7.24 % | $ 40,653.02 | $ 63,309.58 | $ 103,962.60 | $ 109,962.60 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 180 | $ 577.57 | Monthly, beginning on 1/10/2020 |
| N/A | $ N/A | NOT APPLICABLE |
| N/A | $ N/A | NOT APPLICABLE |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the greater of 5% of the unpaid amount of the payment due or $18.00, with a maximum of $100.00.

**Prepayment.** If you pay off this Contract early, you

☐ may  ☒ will not have to pay a penalty.
☐ may  ☒ will not be entitled to a refund of part of the finance charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2019 | ALPINE | 3651RL | FifthWheel | 4YDF36522KE780276 | 0 |

☐ New
☒ Used
☐ Demo

Other: 2019 ALPINE 3651RL FifthWheel 4YDF36522KE780276

## Description of Trade-In

2006 DUTCHMEN 29GS
[47CTD1S297P618052]

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: _____ N/A _____
_____ N/A _____. The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 63,309.58 plus finance charges accruing on the unpaid balance at the rate of 7.24 % per year from the date of this Contract until maturity. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at 7.24 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

Retail Installment Contract-AL Not for use in transactions secured by a dwelling.

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZAL 10/10/2015
Page 1 of 5
Customers Initial Here

☐ **Interest Surcharge Fee.** You agree to pay an interest surcharge fee of $ __0.00__ that will be ☐ paid in cash. ☐ added to the Cash Price.

☐ **Processing Fee.** You agree to pay a processing fee of $ __0.00__ that will be ☐ paid in cash. ☐ added to the Cash Price.

☐ **Account Maintenance Fee.** You agree to pay an account maintenance fee of ☐ $ __0.00__ paid in cash. ☐ $ __0.00__ per month payable monthly.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ __0.00__ if you pay this Contract in full before we have earned that much in finance charges.

### Itemization of Amount Financed

| | | | |
|---|---|---|---|
| a. | Price of Vehicle, etc. (incl. sales tax of $ 3,674.58 ) | $ | 60,669.58 |
| b. | Service Contract, paid to: AGWS | $ | 2,580.00 |
| c. | **Cash Price** (a+b) | $ | 63,249.58 |
| d. | Trade-in allowance | $ | 5,000.00 |
| e. | Less: Amount owing, paid to (includes m): N/A | $ | 0.00 |
| f. | Net trade-in (d-e; if negative, enter $0 here and enter the amount on line m) | $ | 5,000.00 |
| g. | Cash payment | $ | 1,000.00 |
| h. | Manufacturer's rebate | $ | 0.00 |
| i. | Deferred down payment | $ | 0.00 |
| j. | Other down payment (describe) N/A | $ | 0.00 |
| k. | **Down Payment** (f+g+h+i+j) | $ | 6,000.00 |
| l. | **Unpaid balance of Cash Price** (c-k) | $ | 57,249.58 |
| m. | Financed trade-in balance (see line f) | $ | 0.00 |
| n. | Paid to public officials, including filing fees | $ | 10.00 |
| o. | Insurance premiums paid to insurance company(ies) | $ | 0.00 |
| p. | To: GAP paid to AGWS | $ | 900.00 |
| q. | To: Tire & Wheel Protection paid to AGWS | $ | 1,228.00 |
| r. | To: Paint Protection paid to ECOPRO | $ | 1,524.00 |
| s. | To: Tire Blowout Protection paid to MULTISEAL | $ | 1,899.00 |
| t. | To: Documentation Fee paid to Seller | $ | 499.00 |
| u. | To: N/A | $ | 0.00 |
| v. | To: N/A | $ | 0.00 |
| w. | To: N/A | $ | 0.00 |
| x. | To: N/A | $ | 0.00 |
| y. | To: N/A | $ | 0.00 |
| z. | **Total Other Charges/Amts Paid** (m thru y) | $ | 6,060.00 |
| aa. | **Prepaid Finance Charge** | $ | 0.00 |
| bb. | **Amount Financed** (l+z-aa) | $ | 63,309.58 |

We may retain or receive a portion of any amounts paid to others.

### Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**
☐ Single   ☐ Joint   ☒ None
Premium $ __0.00__   Term __N/A__
Insured __N/A__

**Credit Disability**
☐ Single   ☒ None
Premium $ __0.00__   Term __N/A__
Insured __N/A__

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

*Franklin Hinton* (signature)
By: FRANKLIN HINTON          DOB

*Helen Hinton* (signature)
By: HELEN HINTON          DOB

By: N/A                   N/A   DOB

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ __1,000.00__. If you get insurance from or through us you will pay $ __0.00__ for __N/A__ of coverage.

This premium is calculated as follows:
☐ $ __0.00__ Deductible, Collision Cov.    $ __0.00__
☐ $ __0.00__ Deductible, Comprehensive   $ __0.00__
☐ Fire-Theft and Combined Additional Cov.   $ __0.00__
☐ N/A                                        $ __0.00__

Liability insurance coverage for bodily injury and motor vehicle damage caused to others is not included in this Contract unless checked and indicated.

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction, after we give you any notices the law requires and subject to other limitations established by law. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ __N/A__ for __N/A__ of coverage.

Retail Installment Contract-AL Not for use in transactions secured by a dwelling.

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZAL 10/10/2015
Page 2 of 5
Customers Initial Here  *FH*  *FH*

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**
Term: 60 months
Price: $ 2,580.00
Coverage: certain mechanical failures

☒ **Gap Waiver or Gap Coverage**
Term: 72 months
Price: $ 900.00
Coverage: GAP protection in the event of a total loss of the vehicle being purchased

☒ **Tire & Wheel Protection**
Term: 60 months
Price: $ 1,228.00
Coverage: as per Tire & Wheel Protection Contract

_[signature]_ 12/11/2019
By: FRANKLIN HINTON       Date

_[signature]_ 12/11/2019
By: HELEN HINTON          Date

                          N/A
By: N/A                   Date

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law. If you have paid a refundable processing fee, interest surcharge or refundable account maintenance fee and you prepay this Contract, we will refund to you any amount required by law.

**Balloon Payment.** If any scheduled payment is more than one and one-half times as large as the average of all other regularly scheduled payments, you may refinance that payment when due without penalty. The terms we offer for that refinance must be as favorable as the original terms of this Contract. This right does not apply if your payment schedule is adjusted for seasonal or irregular income, or if the principal amount was payable in a single payment.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a fee of not more than the greater of either $30.00 or an amount equal to the actual charge by the depository institution for the return of unpaid or dishonored instruments.

**Governing Law and Interpretation.** This Contract is governed by the law of Alabama and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):
- You fail to perform any obligation that you have undertaken in this Contract.
- We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. If the original amount financed is more than $300.00, you also agree to pay reasonable attorneys' fees not in excess of 15% of the unpaid debt after default and referral to an attorney not a salaried employee of ours.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:
- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when the Vehicle's original cash price is $1,000.00 or less or as otherwise prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

---

Retail Installment Contract-AL Not for use in transactions secured by a dwelling.

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BSIMVLFLZAL 10/10/2015
Page 3 of 5
_[initials]_ Customers Initial Here

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:
- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:
- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** If the original amount financed, exclusive of the insurance charges, is $300.00 or more and the value of the Property is $300.00 or more, then you agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the *Payment* section until paid in full. If this insurance terminates early because you refinance, renew, or pay off the Contract before its maturity date, we will refund or give you credit for any insurance premium refund we receive from the insurance company.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

## Notices

**Note. If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

NOT APPLICABLE

_____ N/A___

By: NOT APPLICABLE                                     Date

Signature of Third Party Owner (NOT the Buyer)

*[This area intentionally left blank.]*

Retail Installment Contract-AL Not for use in transactions secured by a dwelling.

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSIMWLFLZAL 10/10/2015
Page 4 of 5
Customers Initial Here

☐ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

_[signature]_ 12/11/2019
By: FRANKLIN HINTON — Date

_[signature]_ 12/11/2019
By: HELEN HINTON — Date

N/A
By: N/A — Date

**Notice to Buyer.** (1) Do not sign this Contract before you read it or if it contains any blank spaces. (2) You are entitled to a completely filled-in copy of this Contract.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**Buyer**

_[signature]_ 12/11/2019
By: FRANKLIN HINTON — Date

_[signature]_ 12/11/2019
By: HELEN HINTON — Date

N/A
By: N/A — Date

**Seller**

_[signature]_ 12/11/2019
By: Dixie RV SuperStores — Date

**Assignment.** This Contract and Security Agreement is assigned to All In Credit Union
PO DRAWER 8, Daleville, AL 36322
the Assignee, phone 334-598-4411. This assignment is made under the terms of a separate agreement made between the Seller and Assignee.
☐ This Assignment is made with recourse.

**Seller**

_[signature]_ 12/11/2019
By: Dixie RV SuperStores — Date

Retail Installment Contract-AL Not for use in transactions secured by a dwelling.

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BSSIMVI-FLZAL 10/10/2015
Page 5 of 5
Customers Initial Here

ALL IN CREDIT UNION
RETAIL INSTALLMENT SALES CONTRACT ADDENDUM

Buyer and Co-Buyer Name and Address:
FRANKLIN HINTON / HELEN HINTON
1184 VERNAL RIVER RD.
LUCEDALE, MS 39452

Dealership/Creditor Name and Address:
Dixie RV SuperStores
12167 Interchange Dr
Grand Bay, AL 36541

This Addendum is an agreement which modifies certain terms of the Retail Installment Sales Contract between the parties above and which becomes effective upon the execution of the Retail Installment Sales Contract by Buyer and/or CoBuyer and upon assignment of the Retail Installment Sales Contract by the Dealership/Creditor to All In Credit Union. Terms of this addendum are incorporated into and become a part of your Retail Installment Sales Contract. To the extent of any conflict between the language in the Retail Installment Sales Contract and this addendum, the terms of this addendum control.

1. Security section of the Retail Installment Sales Contract is amended to read as follows:

    Security Interest: You give the Creditor a security interest in: 1. The vehicle and all parts or other goods put on the vehicle; 2. All money and goods received for the vehicle (proceeds); 3. All insurance, maintenance, service or other contracts we finance for you; 4. All proceeds from insurance, service, or other contracts we finance for you; 5. All of my Credit Union accounts, shares and certificates (excluding any account that would have an adverse tax consequence if pledged as security for a loan) that I now have or may have hereafter, including all accounts I have a right to withdraw from or have an ownership interest in. I authorize the Credit Union to take those funds, shares or certificates and apply it to my debt if I am in default.

    I am giving this security interest to secure to secure the repayment of the purchase price shown in the Retail Installment Sales Contract as well as any other amounts that I owe the Credit Union, now or in the future.

2. Default section of the Retail Installment Sales Contract is amended as follows:

    Default means: 1. You fail to make a payment when due; 2. You give false or misleading information on your credit application related to this contract or any other agreement I have with the Credit Union; 3. Your vehicle is seized by any local, state or federal authority and is not promptly and unconditionally returned to you; 4. You file a bankruptcy petition or one is filed against you; 5. You fail keep any promise under this contract or any other agreement I have with the Credit Union; 6. If I die; 7. I for whatever reason, discontinue, dissolve, or otherwise, leave my usual business activity or employment; 8. A judgment is entered against me in any court of law; 9. A writ of attachment, lien or writ of garnishment or any similar legal process is issued against me by any court; 10. Any loss, theft or damage to the vehicle under this agreement occurs; 11. The vehicle is moved to another state or country without the written consent of the Credit Union; 12. Anything else happens which gives the Credit Union reason to believe that my ability or willingness to pay is impaired or that the Credit Union is not adequately secured.

    If you do not cure a default where allowed by law, the Creditor can exercise the rights under the Retail Installment Sales Contract and the Creditor's other rights under the law.

3. The following paragraph is added to the Retail Installment Sales Contract:

    **WAIVER OF THE RIGHT TO TRIAL BY JURY.** Each of the parties to this Agreement hereby waive the right to any jury trial in any action, proceeding, or counterclaim of any nature between them wherein the Credit Union or any of its officers, directors, employees, agents, successors and/or assigns, and/or the Buyer and/or Co-Buyer or any of their officers, directors, employees, agents, successors and/or assigns is a party.

_____  12/11/2019
Buyer Signs                Date

_____  12/11/2019
Co-Buyer Signs             Date

# Guarantee of Lien Perfection

Buyer: FRANKLIN HINTON / HELEN HINTON

Date of Bill of Sale: 12/11/2019

Dealer: Dixie RV SuperStores

Year: 2019

Make: ALPINE

Model: 3651RL

VIN: 4YDF36522KE780276

We, the seller listed above, guarantee

ALL IN CREDIT UNION
PO DRAWER 8
DALEVILLE, AL 36322

will be listed as Lienholder for the above stated vehicle in return for the actual cash value being the unpaid balance. We will issue a check in the amount of unpaid balance if titling requirements are not met and the lien is not perfected within 60 days.

Signature of Dealer: _[signature]_

Date: 12/11/2019

Please print name and title: 

Tammy LiBrannon  Finance Mgr