**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
**Franklin Kerry Hinton and Helen Havard Hinton,**                                  **CHAPTER 13**
    Debtors                                                                                          **CASE NO.: 25-51810-KMS**

### DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt.    ]

This matter is before the Court on the motion of All In Credit Union ("Movant") for relief from the automatic stay of 11 U.S.C. § 362. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property:  2019 Alpine 3651RL Fifth Wheel.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com