United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 25-51810-KMS

Franklin Kerry Hinton                                              Chapter 13

Helen Havard Hinton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                Page 1 of 2

Date Rcvd: Jan 23, 2026                       Form ID: n031                          Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Franklin Kerry Hinton, Helen Havard Hinton, 1184 Vernal River Rd, Lucedale, MS 39452-5902 |
| 5596381 | + | Aleavate Finance, 4 Park Plaza, Ste 1500, Irvine, CA 92614-3516 |
| 5596387 | + | Merchants And Marine B, 3118 Pascagoula St, Pascagoula, MS 39567-4215 |
| 5612235 | + | Merchants and Marine Bank, P.O. Box 729, Pascagoula, MS 39568-0729 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5596382 | | Email/Text: AllInBankruptNotifications@allincu.com | Jan 23 2026 19:28:00 | All in Credit Union, Attn: Bankruptcy, Po Drawer 8, Daleville, AL 36322 |
| 5612337 | + | Email/Text: BKRMailOps@weltman.com | Jan 23 2026 19:28:00 | All In Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |
| 5600414 | + | Email/Text: bkfilings@zwickerpc.com | Jan 23 2026 19:28:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5612300 | + | Email/Text: bkfilings@zwickerpc.com | Jan 23 2026 19:28:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5596383 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 19:36:59 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5596384 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 19:36:58 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5602522 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2026 19:37:05 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5596386 | + | Email/Text: ebone.woods@usdoj.gov | Jan 23 2026 19:28:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5596385 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2026 19:28:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5596388 | + | Email/Text: servicing@svcfin.com | Jan 23 2026 19:28:00 | Service Finance Co, Attn: Bankruptcy, 555 S Federal Hwy, Boca Raton, FL 33432-6033 |
| 5596389 | ^ | MEBN | Jan 23 2026 19:26:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 23, 2026 | Form ID: n031 | Total Noticed: 15 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | All In Credit Union |
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | on behalf of Creditor All In Credit Union cbarbour@underwoodlawfirm.com  bankruptcies@underwoodlawfirm.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Helen Havard Hinton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Franklin Kerry Hinton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−51810−KMS
Chapter: 13

**In re:**

Franklin Kerry Hinton
1184 Vernal River Rd
Lucedale, MS 39452

Helen Havard Hinton
aka Helen Marie Hinton
1184 Vernal River Rd
Lucedale, MS 39452

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 23, 2026 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 23, 2026

Danny L. Miller, Clerk of Court